UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALVIN INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-05-678 |
| | § | |
| A. D., *et al*, | § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment, the decision of the hearing officer is **VACATED**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED.**

SIGNED this 6th day of October, 2006.

_____
Samuel B. Kent
United States District Judge